UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>STEVEN WARREN FRANCIS,<br><br>           Defendant. | No. CR-98-140-EFS<br><br>**ORDER ENTERING THE COURT'S ORAL RULINGS FROM JULY 24, 2008 HEARING** |

A sentencing hearing occurred in the above-captioned matter on July 24, 2008, in Spokane. Defendant Steven Warren Francis was present, represented by Jaime M. Hawk. Thomas O. Rice appeared on behalf of the Government. Before the Court was the Government's oral motion to dismiss the Indictment. Leave of Court is given to dismiss the Indictment (Ct. Rec. 1); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Government's oral motion to dismiss the Indictment is **GRANTED**.

2.  The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITH PREJUDICE**.

ORDER - 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to
2 enter this Order and provide copies to counsel and the United States
3 Probation Office.
4        DATED this    25th    day of July, 2008.

6                           s/Edward F. Shea
                         EDWARD F. SHEA
7                  United States District Judge

Q:\Criminal\1998\140.Dismiss.Indict.wpd

ORDER - 2