PROB 12B
(7/93)

Report Date: December 2, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Steven Warren Francis          Case Number: 2:98CR00140-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 7/24/2008             Type of Supervision: Supervised Release

Original Offense: Bank Fraud, 18 U.S.C. § 1344   Date Supervision Commenced: 12/14/2009

Original Sentence: Prison - 18 Months; TSR - 60 Months    Date Supervision Expires: 12/13/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Francis has applied to participate in the Volunteers of America (VOA) housing program and is currently on a waiting list. It is anticipated that the VOA will not have an opening for some time. The offender is due to commence his supervised release status on December 14, 2009.

As a result, the offender signed the attached modification and understands the rationale behind this modification. He is aware that once he secures housing with the VOA, this officer will notify the Court to request the offender be released from the residential re-entry center. Steven Francis informed this officer on December 1, 2009, that he appreciates the opportunity to reside at the RRC in the interim, as he has no where else to reside.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Brenda Kuest
                _____
                12/02/2009

                Brenda Kuest
                U.S. Probation Officer

Prob 12B
**Re: Francis, Steven Warren**
**December 2, 2009**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/3/09
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

23  You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
U.S. Probation Officer                              Steven Warren Francis
                                                            Probationer or Supervised Releasee

November 5, 2009
Date